UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAVON PIERCE, | No. 2:14-cv-2644 AC P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendants. | |

Plaintiff, a state prisoner incarcerated at California State Prison Corcoran, proceeds pro se in this action filed pursuant to 42 U.S.C. § 1983, and requests leave to proceed in forma pauperis. Review of the original complaint, ECF No. 1, together with plaintiff's several additional filings, particularly his most recent filing, ECF No. 12, demonstrates that plaintiff is challenging the decisions made in another of his cases, Pierce v. Gonzales et al., Case No. 1:10-cv-00285 JLT P. That case was commenced and decided in the Fresno Division of the United States District Court for the Eastern District of California. Plaintiff alleges, inter alia, that the Magistrate Judge assigned that case violated plaintiff's civil rights.

Pursuant to Local Rule 120(d), a civil action arising in Fresno County should be commenced in the United States District Court sitting in Fresno. Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of this court may, on the court's own motion, be transferred to the proper division. Accordingly, this action will be transferred to the Fresno Division of this court. In light of 1996 amendments to 28 U.S.C. §

1

1915, this court will not rule on plaintiff's requests to proceed in forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on plaintiff's requests to proceed in forma pauperis;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned this case and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED:  April 27, 2015

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE