1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10  SEAVON PIERCE,                                    Case No.  1:15-cv-00650 LJO DLB PC

11          Plaintiff,                                FINDINGS AND RECOMMENDATIONS
                                                      RECOMMENDING DISMISSAL OF
12      v.                                            ACTION FOR FAILURE TO PROSECUTE

13  UNKNOWN,                                          TEN-DAY OBJECTION DEADLINE

14          Defendants.

15  _____/

16

17      Plaintiff Seavon Pierce, a state prisoner proceeding pro se and in forma pauperis, filed this

18  civil rights action pursuant to 42 U.S.C. § 1983 on November 12, 2014.

19      On April 29, 2015, the Court issued an order granting in forma pauperis status.  The order

20  was returned on May 18, 2015, as undeliverable.  On July 1, 2015, the Court issued a second order

21  directing Plaintiff to file a consent or decline form.  The order was returned as undeliverable on

22  July 17, 2015.

23      Plaintiff is required to keep the Court apprised of his current address at all times, and Local

24  Rule 183(b) provides, "If mail directed to a plaintiff *in propria persona* by the Clerk is returned by

25  the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within

26  sixty-three (63) days thereafter of a current address, the Court may dismiss the action without

27  prejudice for failure to prosecute."  Federal Rule of Civil Procedure 41(b) also provides for

28

1   dismissal of an action for failure to prosecute.[1]

2        Plaintiff's address change was due by July 27, 2015, but he failed to file one and he has not

3   otherwise been in contact with the Court.  "In determining whether to dismiss an action for lack of

4   prosecution, the district court is required to consider several factors: (1) the public's interest in

5   expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of

6   prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and

7   (5) the availability of less drastic sanctions."  *Carey v. King*, 856 F.2d 1439, 1440 (9th Cir. 1988)

8   (internal quotation marks and citation omitted); *accord Omstead v. Dell, Inc.*, 594 F.3d 1081, 1084

9   (9th Cir. 2010); *In re Phenylpropanolamine (PPA) Products Liability Litigation*, 460 F.3d 1217,

10  1226 (9th Cir. 2006).  These factors guide a court in deciding what to do, and are not conditions

11  that must be met in order for a court to take action.  *In re PPA*, 460 F.3d at 1226 (citation omitted).

12       This case has been pending since 2014, and the expeditious resolution of litigation and the

13  Court's need to manage its docket weigh in favor of dismissal.  *Id.* at 1227.   In addition, "public

14  policy favoring disposition of cases on their  merits strongly counsels against dismissal," but "this

15  factor lends little support to a party whose responsibility it is to move a case toward disposition on

16  the merits but whose conduct impedes progress in that direction."  *Id.* at 1228.

17       Finally, given the Court's inability to communicate with Plaintiff, there are no other

18  reasonable alternatives available to address Plaintiff's failure to prosecute.  *In re PPA,* 460 F.3d at

19  1228-29; *Carey*, 856 F.2d at 1441.

20       Accordingly, the Court HEREBY RECOMMENDS DISMISSAL of this action, without

21  prejudice, based on Plaintiff's failure to prosecute.  Fed. R. Civ. P. 41(b); Local Rule 183(b).

22       These Findings and Recommendations will be submitted to the United States District

23  Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **ten

24  (10) days** after being served with these Findings and Recommendations, Plaintiff may file written

25  objections with the Court.  The document should be captioned "Objections to Magistrate Judge's

26  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

27

28  [1] Courts may dismiss actions sua sponte under Rule 41(b) based on the plaintiff's failure to prosecute.  *Hells Canyon Preservation Council v. U. S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) (citation omitted).

1    specified time may waive the right to appeal the District Court's order.  *Martinez v. Ylst*, 951 F.2d

2    1153 (9th Cir. 1991).

3

4    IT IS SO ORDERED.

5       Dated:    **August 3, 2015**                              /s/ *Dennis L. Beck*

6                                                      UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28