# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAVON PIERCE,<br><br>    Plaintiff,<br><br>    v.<br><br>PRESIDENT BARACK OBAMA, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00650 LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>[ECF Nos. 27, 23] |

Plaintiff Seavon Pierce ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on November 12, 2014, in the Sacramento Division of the United States District Court for the Eastern District of California. The matter was designated as a civil rights action. Plaintiff filed a First Amended Complaint on December 9, 2014. He filed a Second Amended Complaint on December 15, 2014. On April 28, 2015, the case was transferred to the Fresno Division. By separate order, the Court has screened and dismissed the Second Amended Complaint, with leave to file a Third Amended Complaint.

On September 28, 2015, Plaintiff filed a motion for injunctive relief. Plaintiff asks that the Court enjoin Defendants from obstructing justice, illegally confiscating mail, and concealing evidence. On October 5, 2015, the Magistrate Judge issued a Findings and Recommendation that recommended Plaintiff's motion for injunctive relief be DENIED. The Findings and

Recommendation was served on Plaintiff and contained notice that any objections were to be filed within thirty (30) days. Over thirty (30) days have passed, and Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 5, 2015, are ADOPTED in full;
2. Plaintiff's Motion for Preliminary Injunction is DENIED.

IT IS SO ORDERED.

Dated:  **November 10, 2015**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE